# THE LAW OFFICES OF PETER E. ZIMNIS

Whitehorse Executive Center
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, New Jersey 08619

Telephone (609) 581-9353
Fax (609) 581-4403

PETER E. ZIMNIS
JOHN A. ZIMNIS

April 5, 2017

Clerk, U.S. Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

    Re:    Jose Tapia
            Case No.:  17-15565 CMG

Dear Clerk:

    In reference to the above named case, enclosed please find an Application for an Extension of Time to File the Remainder of the Bankruptcy papers, along with a form of Order.

    Kindly contact this Office should you have any questions.

                              Very truly yours,

                              Law Office of Peter E. Zimnis

                              By: /s/ John Zimnis_____
                              John Zimnis, Esq.

c. Albert Russo, Chapter 13 Trustee

Law Office of Peter E. Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353
Attorney for Debtor

| | | |
|---|---|---|
| JOSE TAPIA | : | UNITED STATES BANKRUPTCY COURT |
| | : | DISTRICT OF NEW JERSEY |
| | : | CHAPTER 13 |
| Debtor | : | CASE NO. 17-15565 CMG |
| | : | |
| | : | |

### APPLICATION REQUESTING AN EXTENSION OF TIME TO FILE PAPERS

The debtor, Jose Tapia, in the above-captioned case, seeks an Order Extending the time to file the missing schedules. The debtor seeks the above for the following reasons:

1) A voluntary petition under Chapter 13 of the Bankruptcy Code was filed by the Debtor on March 22, 2017.

2) The debtor needs more time to gather up the remaining documents so he can finalize the Bankruptcy petition.

WHEREFORE, on behalf of the debtor Jose Tapia, I respectfully request that the debtor receive more time to file the missing schedules.

　　　　　　　　　　　　　　　　　　　　/s/ John Zimnis_____

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | : <br> : <br> : |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | : <br> : |
| Law Office Peter Zimnis <br> 1245 Whitehorse Mercerville Road <br> Suite 412 <br> Trenton, NJ 08619 <br> (609) 581-9353 | : <br> : <br> : <br> : <br> : <br> : |
| In re: <br> JOSE TAPIA <br><br> Debtors | : <br> : <br> : <br> : <br> : <br> : Case No.: 17-15565 <br> : <br> : Chapter 13 <br> : <br> : Judge:  Gravelle |

Recommended Local Form: ˆ_x_ Followed    ˆ__ Modified_

ORDER FOR EXTENSION OF TIME TO FILE PAPERS

The relief set forth on the following pages, numbered _1_ through _2__ is hereby ORDERED

Debtor: Jose Tapia
Case No.: 17-15565 CMG
Caption of Order: Order For Extension of Time to File Papers

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒☼   Granted. The deadline to file schedules is extended to  May 8, 2017.

☼   Denied.