**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
JOSE TAPIA

Debtors

Order Filed on April 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-15565

Chapter 13

Judge:   Gravelle

Recommended Local Form:  ˆ_x_ Followed    ˆ__ Modified_

ORDER FOR EXTENSION OF TIME TO FILE PAPERS

The relief set forth on the following page is hereby  ORDERED

**DATED: April 13, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Jose Tapia
Case No.: 17-15565 CMG
Caption of Order: Order For Extension of Time to File Papers

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒☺  Granted. The deadline to file schedules is extended to  May 8, 2017.


☺  Denied.