**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
JOSE TAPIA

Debtors

Order Filed on April 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-15565

Chapter 13

Judge:  Gravelle

Recommended Local Form: ˆ_x_ Followed   ˆ__ Modified_

ORDER FOR EXTENSION OF TIME TO FILE PAPERS

The relief set forth on the following page is hereby  ORDERED

**DATED: April 13, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Jose Tapia
Case No.: 17-15565 CMG
Caption of Order: Order For Extension of Time to File Papers

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒☉  Granted. The deadline to file schedules is extended to  May 8, 2017.


☉  Denied.

United States Bankruptcy Court
District of New Jersey

In re:  
Jose Guadalupe Tapia  
    Debtor

Case No. 17-15565-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 13, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.  
db          +Jose Guadalupe Tapia,    PO Box 233,    Wrightstown, NJ 08562-0233

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2017 at the address(es) listed below:  
       Albert Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       John Zimnis    on behalf of Debtor Jose Guadalupe Tapia njbankruptcylaw@aol.com  
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                 TOTAL: 4