Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−15565−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Guadalupe Tapia
   aka Guadalupe Tapia
   PO Box 233
   Wrightstown, NJ 08562

Social Security No.:
   xxx−xx−9888

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            6/21/17
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 1, 2017
JAN: gan

                                       Jeanne Naughton
                                       Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 17-15565-CMG
Jose Guadalupe Tapia                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 01, 2017
                              Form ID: 132             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
```
db         +Jose Guadalupe Tapia,    PO Box 233,    Wrightstown, NJ 08562-0233
516714989  +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516714990  +Chase Bank USA,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
516770872  +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
             Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
516714992  +KML Law Group,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
516714996  +SPS,    PO Box 551170,    Jacksonville, FL 32255-1170
516714997  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court:  State of NJ- Division of Taxation,    CN 245,    Trenton, NJ 08646)
516778472  +Santander Consumer USA,    1601 Elm St, Suite 800,    Dallas, TX 75201-7260
516778477  +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
516783806  +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
516714998  +Surgery Center at Hamilton,    1445 Whitehorse Mercerville Road,    Suite 101,
             Trenton, NJ 08619-3834
516714999  +Virtuoso Sourcing Group,    4500 Cherry Creek South Drive,    Suite 300,    Re: Sprint,
             Glendale, CO 80246-1531
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 01 2017 22:58:55      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 01 2017 22:58:53      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516714991   E-mail/Text: cio.bncmail@irs.gov May 01 2017 22:58:32      IRS Insolvency Function,    PO Box 724,
             Springfield, NJ 07081
516714993  +E-mail/Text: bnckohlsnotices@becket-lee.com May 01 2017 22:58:23      Kohls,    PO Box 2983,
             Milwaukee, WI 53201-2983
516714995   E-mail/Text: appebnmailbox@sprint.com May 01 2017 22:58:50      Sprint,    6360 Sprint Pkwy,
             Overland Park, KS 66251
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516714994   ##+Santander,    8585 N Stemmons FW,    Suite 1100N,    Dallas, TX 75247-3822
                                                                                      TOTALS: 0, * 0, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
```
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed
               Pass-Through Certificates, Series 2007-CH1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John  Zimnis    on behalf of Debtor Jose Guadalupe Tapia njbankruptcylaw@aol.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```