**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
JOSE TAPIA

      Debtors

Order Filed on December 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-15565

Chapter 13

Judge: Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: December 27, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Jose Tapia
Case No.:  17-15565 CMG
Caption:  Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $850 for services rendered and expenses in the amount of $0 for a total of $850. The allowance shall be payable:

   \_\_\_x\_\_  through the Chapter 13 Plan as an administrative priority from
           funds on hand
   \_\_\_\_\_  outside the Plan

The debtor's monthly Plan is not modified, thus the debtor will continue to pay $797 per month for the remaining months to allow for payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 17-15565-CMG
Jose Guadalupe Tapia                                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                 Page 1 of 1              Date Rcvd: Dec 27, 2017
                                Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.
db            +Jose Guadalupe Tapia,    PO Box 233,    Wrightstown, NJ 08562-0233

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2017 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      John   Zimnis    on behalf of Debtor Jose Guadalupe Tapia njbankruptcylaw@aol.com.
      Melissa N. Licker    on behalf of Creditor    Chase Records Center NJ_ECF_Notices@buckleymadole.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                           TOTAL: 5